E-FILED  2022 OCT 19 1:49 PM MAHASKA - CLERK OF DISTRICT COURT

# IN THE DISTRICT COURT OF IOWA
# IN AND FOR MAHASKA COUNTY

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY as subrogee of RP Support America Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> OLD DOMINION FREIGHT LINE, INC., and FREIGHTQUOTE.COM, INC., <br><br> Defendant, | NO.   LALA075535 |

## APPEARANCE FOR FREIGHTQUOTE.COM

**COMES NOW** Attorneys Martha L. Shaff and Micah Johnson of the law firm Betty, Neuman & McMahon, P.L.C., and hereby enters their appearance on behalf of Defendant, Freightquote.com, Inc.

BETTY, NEUMAN & McMAHON, P.L.C.

By: ___/s/ Martha L. Shaff___
     Martha L. Shaff   AT0011918

By: ___/s/ Micah P. Johnson___
     Micah P. Johnson   AT0013634

1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: martha.shaff@bettylawfirm.com

E: Micah.johnson@bettylawfirm.com

**ATTORNEYS FOR DEFENDANT, FREIGHTQUOTE.COM, INC.**

[1]

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS

I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Iowa District Court for Dubuque County by using the EDMS system. I certify that the following parties or their counsel of record are registered as EDMS filers and that they will be served by the EDMS system.

Abbott Osborn Jacobs PLC
Kevin V. Abbott, #AT0000391
974-73rd Street, Suite 20
West Des Moines, IA 50265
T: 800.617.7593
E: iowa@midwestlawgroup.com
**ATTORNEY FOR PLAINTIFF**

                                                      /s/ Martha L. Shaff

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____ October 19, 2022 _____, by:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail (postage fully prepaid) | _____ | Fax |
| _____ | Hand Delivered | _____ | Overnight Courier |
| _____ | Certified Mail (postage fully prepaid) | __X__ | Email |

_/s/ Summer Grell_

Copies to:
Abbott Osborn Jacobs PLC
Kevin V. Abbott, #AT0000391
974-73rd Street, Suite 20
West Des Moines, IA 50265
T: 800.617.7593
E: iowa@midwestlawgroup.com
**ATTORNEY FOR PLAINTIFFS**

E-FILED 2022 OCT 13 11:32 AM MAHASKA - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE

| Case: LALA075535 | Court: Mahaska County District Court | County: Mahaska, IA | Job: 7774091 (236408) |
|---|---|---|---|
| Plaintiff / Petitioner: THE CINCINNATI INSURANCE COMPANY | | Defendant / Respondent: OLD DOMINION FREIGHT LINE, INC.; FREIGHTQUOTE.COM INC. | |
| Received by: HSPS Legal Services | | For: Abbott Osborn Jacobs PLC | |
| To be served upon: FREIGHTQUOTE.COM INC. | | Court Date: | |

I, Todd Robertson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: FREIGHTQUOTE.COM INC., 221 Bolivar St, Jefferson City, MO 65101

Manner of Service: Business, Oct 11, 2022, 8:08 am CDT

Documents: Original Notice; Petition for a Money Judgment; Verification of Judgment Debtor, and Certificate Re Military Service; Verification of Account, Identification of Judgment Debtor, and Certificate Re Military Service; Exhibit(s) (Received Oct 4, 2022 at 12:15pm CDT)

Additional Comments:
1) Unsuccessful Attempt: Oct 10, 2022, 4:19 pm CDT at 221 Bolivar St, Jefferson City, MO 65101
They close at 3:00

2) Successful Attempt: Oct 11, 2022, 8:08 am CDT at 221 Bolivar St, Jefferson City, MO 65101 received by FREIGHTQUOTE.COM INC. . (Server's visual approximation) Age: 50-55; Ethnicity: Caucasian; Gender: Female; Weight: 150; Other: Shelley Lewis accepted the papers; Processor Was setting down in a chair, pink hat and glasses. She gave me her business card, she is authorized to accept documents.

Fees: 110

State of: Missouri ) ) SS: County of: Boone )

_____
Todd Robertson          Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

EMILY HUSKEY
Notary Public - Notary Seal
STATE OF MISSOURI
Boone County
My Commission Expires March 1, 2026
Commission #22014856

Signed and sworn to before me, a notary public, on this 11 day of October, 2022

_____
Notary Public
03-01-2026
My Commission Expires

## AFFIDAVIT OF SERVICE

| Case: LALA075535 | Court: Mahaska County District Court | County: Mahaska, IA | Job: 7751444 (236408) |
|---|---|---|---|
| Plaintiff / Petitioner: THE CINCINNATI INSURANCE COMPANY | | Defendant / Respondent: OLD DOMINION FREIGHT LINE, INC.; FREIGHTQUOTE.COM INC. | |
| Received by: HSPS Legal Services | | For: Abbott Osborn Jacobs PLC | |
| To be served upon: OLD DOMINION FREIGHT LINE, INC. | | | |

Address of Service: 500 Old Dominion Way Thomasville NC 27360

I, Michael Fey, being duly sworn, depose and say that on 6th day of Oct 2022 at 4:44 am/pm, executed service by delivering a True and Authenticated copy of the documents described herein, in accordance with the state statutes, in a Corporate Manner by serving (Name) Phil Beck as (Title) CPM, PMP and affirmed they are authorized to accept service.

{ } Non-service for the following reason:

Race: white   Sex: M  F   Age: 55   HT: 6'0"   WT: 215   Hair: blonde   Glasses: Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Recipient Name / Address: OLD DOMINION FREIGHT LINE, INC.,
Manner of Service:
Documents: Original Notice; Petition for a Money Judgment; Verification of Judgment Debtor, and Certificate Re Military Service; Verification of Account, Identification of Judgment Debtor, and Certificate Re Military Service; Exhibit(s) (Received Oct 4, 2022 at 12:15pm CDT)

Additional Comments:

Fees: 110
State of: NC        )
                    ) SS:
County of: Alamance )

_Michael Fay_  10-6-2022
SERVER SIGNATURE   Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 6th day of Oct, 2022.

_Kimberly Hamilton_
Notary Public

May 12, 2026
My Commission Expires

Kimberly Hamilton
NOTARY PUBLIC
Alamance County, NC
My Commission Expires May 12, 2026